1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
8  Jamie Jiyoon Kim (SBN: 271898)
   jamie@lklawq.com
9  L K PROFESSIONAL LAW GROUP
   14730 Beach Blvd, Ste 106
10 La Mirada, 90638
11 Attorneys for Defendants
   Masood Yadegar; Flora Yadegar and ECJC Investments, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JOSE ESTRADA, | Case No.: 2:20-cv-02477-DSF-MRW |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| MASOOD YADEGAR, in individual and representative capacity as trustee of The Masood And Flora Yadegar Family Trust Dated July 11, 2000; FLORA YADEGAR, in individual and representative capacity as trustee of The Masood And Flora Yadegar Family Trust Dated July 11, 2000; ECJC INVESTMENTS, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: January 10, 2021 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:  /s/ Amanda Seabock |
| 4 | |       Amanda Seabock<br>      Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: January 10, 2021 | L K PROFESSIONAL LAW GROUP |
| 9 | | By:  /s/ Jamie Jiyoon Kim |
| 10 | |       Jamie Jiyoon Kim<br>      Attorneys for Defendants |
| 11 | |       Masood Yadegar; Flora Yadegar and<br>      ECJC Investments, Inc. |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jamie Jiyoon Kim, counsel for Masood Yadegar; Flora Yadegar and ECJC Investments, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 10, 2021         CENTER FOR DISABILITY ACCESS

                                By:    /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff